[No. 25885-8-III.  Division Three.  June 3, 2008.]

*In the Matter of the Marriage of* CHANNIN L. HEDRICK, *Appellant,* and TIMOTHY A. HEDRICK, *Respondent.*

Appeal from a judgment of the Superior Court for Adams County, No. 03-3-00057-1, Richard W. Miller, J., entered August 29, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney and Korsmo, JJ.

[No. 26016-0-III.  Division Three.  June 3, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNEST LEE LANTIS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 06-1-01954-2, C. James Lust, J., entered March 26, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, J., and Thompson, J. Pro Tem.

[No. 26155-7-III.  Division Three.  June 3, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES CARL REDWINE, *Appellant.*

Appeal from judgments of the Superior Court for Stevens County, No. 05-1-00160-1, Rebecca M. Baker and Allen Nielson, JJ., entered January 24 and May 15, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney and Korsmo, JJ.